IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00049-M-KS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DAN DEMONTE CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Parties' Joint Response to Court's Order [DE 27]. The court granted Defendant's Motion to Determine Competency to Stand Trial and directed the parties to meet and confer to attempt to agree on the designation of a licensed or certified psychiatrist or psychologist to conduct the Defendant's examination. DE 25. The parties were unable to agree; the United States contends that the evaluation should be performed by a Clinical Forensic Psychologist at the Federal Bureau of Prisons ("BOP") Metropolitan Detention Center in Los Angeles, but the Defendant asserts that the evaluation should be performed by James H. Hilkey, Ph.D. at the Brunswick County Jail, where Defendant currently resides.

The Court ORDERS that a qualified BOP mental health examiner shall conduct a psychiatric or psychological examination of the Defendant and file with the court a report containing the examiner's findings and conclusions regarding Defendant's competency, in accordance with 18 U.S.C. § 4241.

SO ORDERED this 5th day of December, 2024.

RICHARD E. MYERS II
Chief United States District Judge