IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CR-00049-M-KS

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DAN DEMONTE CARTER, | |
| Defendant. | |

This matter comes before the court on the Waiver of Competency Hearing filed by Defendant (DE 33). In light of the waiver, the competency hearing scheduled in this case on May 19, 2025 is VACATED. Defendant's arraignment will proceed as scheduled on May 22, 2025, at 10:00 a.m.

SO ORDERED this 15th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE